ALDORN GARAGE CORPORATION, Appellant, v. CASEY JONES, Respondent.— On argument, order granting motion to open default reversed on the law and the

facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, unless respondent pay ten dollars costs forthwith. If this condition be complied with, the order is affirmed, without costs, and the case will proceed to trial. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.